[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10540

Non-Argument Calendar

_____

VICKIE MANGRAM,

　　　　　　　　　　　　　　　　Plaintiff-Appellant,

*versus*

DOUGLAS COUNTY SCHOOL DISTRICT,

　　　　　　　　　　　　　　　　Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-01313-LMM

_____

Before WILSON, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

Vickie Mangram, *pro se*, appeals the district court's final order and judgment in favor of Douglas County School District, both of which were entered on January 22, 2024. The statutory time limit required Mangram to file a notice of appeal on or before February 21, 2024, which was 30 days after the district court entered that order and judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, she did not file her notice of appeal until February 22, 2024.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Thus, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.